United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lehman Brothers Bank, FSB, | NO. C 04-02415 JW |
| Plaintiffs, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Bomac Mortgage Holdings, L.P., et al., | |
| Defendants. | |

In light of counsel's representation that a signed settlement agreement will be filed with the Court by Friday, September 16, 2005, the case management conference currently scheduled for September 19, 2005 is continued to September 26, 2005 at 10:00 a.m. In the event that the parties do not reach a settlement agreement, the parties shall file a joint case management statement pursuant to Local Rule 16-9 no later than September 19, 2005.

Dated: September 14, 2005
04eciv2415ctdcmc

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charlene A. Busch cab@severson.com
Lawrence S. Viola lviola@violaw.com
Patricia L. McClaran plm@severson.com

| | |
|---|---|
| **Dated: September 14, 2005** | **Richard W. Wieking, Clerk** |
| | **By:___/s/ JW Chambers_____**<br>    **Ronald L. Davis**<br>    **Courtroom Deputy** |

**United States District Court**
For the Northern District of California