PATRICIA L. MCCLARAN (State Bar No. 95754)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

CHARLENE A. BUSCH (State Bar No. 124200)
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Plaintiff
LEHMAN BROTHERS BANK, FSB

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB,<br><br>Plaintiff,<br><br>vs.<br><br>BOMAC MORTGAGE HOLDINGS, L.P., a Texas limited partnership; and BOMAC MORTGAGE GP, INC., a Texas corporation,<br><br>Defendants. | **Case Number: C04-02415-JW**<br>Related Case: C05-00713-JW<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff LEHMAN BROTHERS BANK, FSB ("Lehman"), and defendants BOMAC MORTGAGE HOLDINGS, L.P. and BOMAC MORTGAGE GP, INC. ("Defendants"), by and through their respective counsel of record, stipulate (subject to this Court's approval), that Lehman's Complaint in this action is dismissed with prejudice.

It is further stipulated that BOMAC MORTGAGE HOLDINGS, L.P.'S Complaint in the related Case No. 05-00713-JW is dismissed with prejudice.

31024/0005/555422.1

STIPULATION AND ORDER FOR DISMISSAL
Case No.: C04-02415-JW

1     It is further stipulated that the parties shall bear their own attorney's fees and costs incurred in connection with both of these actions.

| | |
|---|---|
| DATED: September 29, 2005 | SEVERSON & WERSON<br>A Professional Corporation |
| | By:    /s/ Patricia L. McClaran<br>          Patricia L. McClaran |
| | Attorneys for Plaintiff<br>LEHMAN BROTHERS BANK, FSB |
| DATED: September 26, 2005 | KNAPP & VIOLA |
| | By:    /s/ Lawrence S. Viola<br>          Lawrence S. Viola |
| | Attorneys for Defendants<br>BOMAC MORTGAGE HOLDINGS, L.P. and<br>BOMAC MORTGAGE GP, INC. |

## **ORDER**

IT IS SO ORDERED.

DATED: 09/30/05

_____
Honorable James Ware
United States District Judge

- 2 -

31024/0005/555422.1                 STIPULATION AND ORDER FOR DISMISSAL
                                                                      Case No.: C04-02415-JW